PHILO W. THAYER, Respondent, *v.* ASBURY CABLE, Appellant.

*Thayer* v. *Cable*, 19 App. Div. 558, affirmed.
(Submitted December 14, 1900; decided January 8, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered upon an order made July 6, 1897, affirming a judgment of the Delaware County Court in favor of plaintiff entered upon the report of a referee.

*A. G. Patterson* for appellant.

*Marvin & Hanford* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, CULLEN and WERNER, JJ. Not sitting: LANDON, J.

―――――――

HARRY J. S. HALL et al., as Executors of WILLIAM H. HALL, Deceased, Respondents, *v.* RAFALA S. BESTON, Trading under the Name of R. S. BESTON & COMPANY, Appellant.

*Hall* v. *Beston*, 26 App. Div. 105, affirmed.
(Submitted December 4, 1900; decided January 8, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 23, 1898, affirming a judgment in favor of plaintiffs entered upon a decision of the court at a Trial Term without a jury.

*Isaac N. Miller* for appellant.

*John M. Bowers* and *W. H. Van Benschoten* for respondents.

Judgment affirmed, with costs, on the opinions below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.